IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02170-MSK-MJW

DONALD BOSSE,

Plaintiff(s),

v.

MICHAEL CHERTOFF, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Protective Order, DN 20, filed with the court on June 13, 2006, is GRANTED.  The Stipulated Protective Order tendered to the Court on June 13, 2006 as Exhibit A to the motion, is approved and made an Order of the Court.

Date:  June 14, 2006