IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02170-MSK-MJW

DONALD BOSSE,

Plaintiff(s),

v.

MICHAEL CHERTOFF, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion to Modify Scheduling Order, filed with the Court on July 21, 2006, DN 32, is GRANTED.

The Scheduling Order is amended as follows:

a. Expert designations shall be submitted on or before August 17, 2006, and

b. Rebuttal-expert disclosures shall be submitted on or before September 18, 2006.

Date: July 24, 2006