IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02170-MSK-MJW

DONALD BOSSE,

Plaintiff(s),

v.

MICHAEL CHERTOFF, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion to Modify Scheduling Order, filed with the Court on October 31, 2006, DN 43, is GRANTED.

The Scheduling Order is amended as follows:

a.  The discovery cut-off date is extended up to and including November 7, 2006 for the limited purpose of continuing Puckett's deposition only, and,

b.  The dispositive motions deadline is extended up to and including December 8, 2006.

Date:  November 2, 2006