IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02170-MSK-MJW

DONALD BOSSE,

       Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security, and
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, f/k/a
United States Immigration and Naturalization Services, a Bureau of the Department
of Homeland Security,

       Defendants.

## ORDER

THIS MATTER comes before the Court on Defendants' Unopposed Motion for Leave to File Motion for Summary Judgment **(#55)**. The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#55) is DENIED as moot** pursuant to Fed.R.Civ.P.6(a).

Dated this 4th day of January, 2007

                                         **BY THE COURT:**

                                         *[signature]*

                                         Marcia S. Krieger
                                         United States District Judge